IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| P.S. PRODUCTS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:07cv001218 SWW |
| | * |
| | * |
| | * |
| EAST-WEST ASSOCIATES, INC. and | * |
| EAST-WEST LOGISTICS, INC., | * |
| | * |
| Defendants. | * |

## ORDER

The joint motion for dismissal with prejudice [doc.#19] is hereby granted, the parties stating they have fully resolved this matter.

IT IS SO ORDERED this 25th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE